Mathew K. Higbee, Esq.
SBN 11158
**HIGBEE & ASSOCIATES**
2445 Fire Mesa Street., Suite 150
Las Vegas, NV 89128
(714) 617-8300

Alyson J. Dykes, Esq.
CA SBN 319835
Admitted *pro hac vice*
**Law Offices of Jeffrey Lohman, P.C.**
4740 Green River Rd., Suite 310
Corona, CA 92880
(657) 500-4317

Attorneys for Plaintiff,
Emanuelle Jocson

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUELLE JOCSON, ) | **Case No. 2:18-cv-01025-GMN-CWH** |
| Plaintiffs, ) | |
| v. ) | Chief Judge Gloria M. Navarro |
| ) | Magistrate Judge Carl W. Hoffman |
| CAPITAL ONE BANK (USA) N.A., ) | |
| Defendant. ) | **NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

Plaintiff EMMANUELLE JOCSON notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal

- 1 -

pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 28th day of January 2019.

By: */s/ Alyson J. Dykes*
Alyson J. Dykes
Admitted *pro hac vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, California 92880
T: (657) 500-4317
E: Alysond@jlohman.com
Attorney for Plaintiff,
EMMANUELLE JOCSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

I certify that on January 28, 2019 I filed Plaintiff Emmanuel Jocson's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Taylor Anello, Esq.
Nevada Bar No. 12881
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Email: tanello@dickson-wright.com
Attorney for Defendant
Capital One Bank (USA) N.A.

*/s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, California 92880
T: (657) 500-4317
E: Alysond@jlohman.com
Attorney for Plaintiff,
EMMANUELLE JOCSON

- 3 -

NOTICE OF SETTLEMENT