# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMANUELLE JOCSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant | Case No.: 2:18-cv-01025-GMN-CWH<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Emanuelle Jocson ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ Taylor Anello (with permission)*
Taylor Anello
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Email: tanello@dickinson-wright.com
*COUNSEL FOR DEFENDANT*

*/s/ Mathew Higbee*
Mathew Higbee,
2445 Fire mesa Street, Suite: 150
Las Vegas, NV 89128
T: (714) 600-8085
F: (866) 534-7049
Email: Mhigbee@higbeeassociates.com
*COUNSEL FOR PLAINTIFF*

*/s/ Erin Hoffman*
Erin Hoffman
Faegre Baker Daniels LLP
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
Email: erin.hoffman@faegrebd.com
*COUNSEL FOR DEFENDANT*

*/s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel: (657) 500-4317
Fax: (657) 227-0270
E: AlysonD@jlohman.com
*COUNSEL FOR DEFENDANT*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EMANUELLE JOCSON,

    Plaintiff,

    v.

CAPITAL ONE BANK (USA), N.A.,

    Defendants.

Case No: 2:18-cv-01025-GMN-CWH

**[PROPOSED] ORDER OF DISMISSAL**

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Emanuelle Jocson ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Date: _____

_____
Magistrate Judge Carl W. Hoffman

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

*/s/ Taylor Anello (with permission)*
Taylor Anello
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Email: tanello@dickinson-wright.com
*COUNSEL FOR DEFENDANT*

*/s/ Erin Hoffman*
Erin Hoffman
Faegre Baker Daniels LLP
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN  55402
Tel: (612) 766-7000
Fax: (612) 766-1600
Email: erin.hoffman@faegrebd.com
*COUNSEL FOR DEFENDANT*

*/s/ Mathew Higbee*
Mathew Higbee,
2445 Fire mesa Street, Suite: 150
Las Vegas, NV 89128
T: (714) 600-8085
F: (866) 534-7049
Email: Mhigbee@higbeeassociates.com
*COUNSEL FOR PLAINTIFF*